# In The United States Court of Federal Claims

## Cover Sheet

06-247 T

Plaintiff(s) or Petitioner(s)

Murphy Pork Partners, LLC, By and Through Wendell H. Murphy, Jr. a Partner other than Tax Matters Partner

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Joel N. Crouch

Firm Name: Meadows, Owens, Collier, Reed, Cousins & Blau, LLP

Post Office Box: N/A

Street Address: 901 Main Street, Suite 3700

City-State-Zip: Dallas, TX 75202

Telephone & Facsimile Numbers: 214-744-3700 (Tel.) 214-747-3732 (Fax)

E-mail address: jcrouch@meadowsowens.com

Is the attorney of record admitted to the Court of Federal Claims Bar? ________
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 2 2 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D O J

**See attached Sheet for three digit code.**

Amount Claimed: $ TO BE DETERMINED

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005