# In the United States Court of Federal Claims

No. 06-247T
(Filed: May 11, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
MURPHY PORK PARTNERS, LLC,
By and Through Wendell H. Murphy,
Jr., a Partner Other Than Tax Matters
Partner,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's May 9, 2006 unopposed motion for consolidation of newly filed cases and transfer to Chief Judge Damich. Defendant's motion to transfer is granted. Chief Judge Damich shall rule as to whether or not the cases should be consolidated. Accordingly, the following is ORDERED:

Pursuant to RCFC 40.1(b), it is ORDERED that this action shall be transferred to Chief Judge Edward J. Damich. Chief Judge Damich has agreed to the transfer. The Clerk is directed to take the action necessary to reflect this transfer on the docket of the court.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge