# In the United States Court of Federal Claims

No. 06-245 T, No. 06-246 T, No. 06-247 T
(NOT CONSOLIDATED)
(Filed: August 23, 2006)

****************************************
**MURFAM FARMS, LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************
****************************************
**PSM FARMS, LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************
****************************************
**MURPHY PORK PARTNERS, LLC,** *
**By and Through Wendell H. Murphy, Jr.,** *
**a Partner Other Than Tax Matters Partner**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## ORDER

The Court hereby ORDERS the Parties to appear for a Preliminary Status Conference to be held by telephone at 11:00 AM Eastern Time on **October 4, 2006**. At the conference, the Parties shall be prepared to discuss, *inter alia*, consolidation of *Murfam Farms, LLC v. United States* (No. 06-245 T), *PSM Farms, LLC v. United States* (No. 06-246 T), and *Murphy Pork Partners, LLC v. United States* (No. 06-247 T), as well as the possible consolidation of all three cases with *JZ Buckingham Investments, LLC v. United States* (No. 05-231 T).

Counsel shall e-mail chambers, at damich_chambers@ao.uscourts.gov, no later than one business day before the conference, to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names, phone numbers, and affiliations). The status conference shall be held on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge