# In the United States Court of Federal Claims

No. 06-245 T, No. 06-246 T, No. 06-247 T
(NOT CONSOLIDATED)
(Filed: September 21, 2006)

*****************************************
**MURFAM FARMS, LLC,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

*****************************************
*****************************************
**PSM FARMS, LLC,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

*****************************************
*****************************************
**MURPHY PORK PARTNERS, LLC,**
**By and Through Wendell H. Murphy, Jr.,**
**a Partner Other Than Tax Matters Partner,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

*****************************************

**ORDER**

On September 20, 2006, the Parties filed a Motion (for Leave) to File Appendix to JPSR via CD-ROM and to File Certain Exhibits Under Seal. The motion was not in compliance with RCFC 83.1(c)(2) in the use of the electronic signature "s/Dennis M. Donahue by permission." Pursuant to the rule, the signature should either read "s/Dennis M. Donahue" or "s/Dennis M. Donahue by s/Jane Doe."[1] The Court grants leave for the filing of the motion; however, all future filings shall be in compliance with RCFC 83.1(c)(2).

Thereafter, on the same day, the Parties filed a Notice of Filing of Appendix to JPSR via Two CD-ROMs. The Court, however, had not yet acted on the earlier motion, and there is no provision in the rules for such a filing. The Parties' Notice of Filing of Appendix to JPSR via Two CD-ROMs is hereby stricken from the record. The Clerk's Office has not yet received the CD-ROMs but is directed to return them should they receive them.

The Court GRANTS IN PART the Parties' Motion to File Appendix to JPSR via CD-ROM and to File Certain Exhibits Under Seal. The Court grants the Parties' Motion to File Certain Exhibits Under Seal, but denies the Parties' Motion to File Appendix to JPSR via CD-ROM. Instead, the Court ORDERS the Parties to file the Appendix to JPSR in paper form.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

[1] Jane Doe is the name of the attorney who signs the filing in the attorney of record's name and must be a member of the bar of this court. *See* RCFC 83.1(c)(2).