| Docid | Docdate | Category | Doctype | Entity | Sealed |
|---|---|---|---|---|---|
| JPSR1_1 | 05/02/2006 | | Pleading | 2nd Notice of Order Enlarging Discovery limits in MDL Cobra case (filed in JZ Buckingham case) | |
| JPSR2_1 | 04/20/2006 | | Pleading | Order granting enlargement of discovery limits in Cobra Tax Shelters litigation | |
| JPSR3_1 | 04/24/2006 | | Pleading | Order in JZ Buckingham v U S case | |
| JPSR4_01 | 07/20/2006 | | Pleading | Klamath v U S Memorandum Opinion | |
| MUCO00007 | 04/17/2000 | Transaction | Transfer Authorization | HPDM, LLC | Sealed |
| MUCO00010 | 04/17/2000 | Transaction | Transfer Authorization | WHMJ, LLC | Sealed |
| MUCO00012 | 04/17/2000 | Transaction | Transfer Authorization | WHM Ventures, LLC | Sealed |
| MUCO00016 | 04/26/2000 | Transaction | Trade Confirmation | WHM, LLC | Sealed |
| MUCO00029 | 04/17/2000 | Transaction | Trade Confirmation | WHMJ Ventures, LLC | Sealed |
| MUCO00032 | 04/17/2000 | Transaction | Trade Confirmation | WHM Ventures, LLC | Sealed |
| MUCO00039 | 04/14/2000 | Transaction | Trade Confirmation | HDM LLC | Sealed |
| MUCO00140 | 05/16/2000 | Transaction | Transfer Authorization | ANB, LLC<br>HDM, LLC<br>JMN Ventures, LLC<br>MDM Ventures, LLC<br>SKM Ventures, LLC<br>WHM Ventures, LLC<br>WMC, LLC<br>WHMJ, LLC | Sealed |
| MUCO00145 | 04/17/2000 | Transaction | Assignment Notification | HDM, LLC | Sealed |
| MUCO00149 | 04/17/2000 | Transaction | Assignment Notification | WHMJ, LLC | Sealed |
| MUCO00151 | 04/17/2000 | Transaction | Assignment Notification | WHM Ventures, LLC | Sealed |
| MUCO00165 | 04/19/2000 | Transaction | Wire Transfer Confirmation | WHM Ventures, LLC | Sealed |
| MUCO00168 | 04/19/2000 | Transaction | Wire Transfer Confirmation | WHMJ, LLC | Sealed |
| MUCO00170 | 04/19/2000 | Transaction | Wire Transfer Confirmation | HPDM, LLC | Sealed |
| MUCO00177 | 04/25/2000 | Transaction | Transfer Authorization | ANB, LLC<br>HDM, LLC<br>JMN Ventures, LLC<br>MDM Ventures, LLC<br>SKM Ventures, LLC<br>WHM Ventures, LLC<br>WMC, LLC<br>WHMJ, LLC | Sealed |

EXHIBIT "A"

| Docid | Docdate | Category | Doctype | Entity | Sealed |
|---|---|---|---|---|---|
| MUCO00182 | 04/17/2000 | Transaction | Wire Transfer | HDM, LLC | Sealed |
| MUCO00187 | 04/17/2000 | Transaction | Wire Transfer | WHM Ventures, LLC | Sealed |
| MUCO00188 | 04/17/2000 | Transaction | Wire Transfer | WHMJ, LLC | Sealed |
| MUCO00222 | 09/08/2000 | Tax | EIN Assignment | Murphy Pork, Inc | |
| MUCO00224 | 06/15/2000 | Tax | EIN Assignment | Murphy Pork Partners, LLC | |
| MUCO00226 | 06/15/2000 | Tax | EIN Assignment | WHMJ, LLC | |
| MUCO00229 | 06/15/2000 | Tax | EIN Assignment | WHM Ventures, LLC | |
| MUCO00235 | 06/15/2000 | Tax | EIN Assignment | HDM, LLC | |
| MUDB00052 | 12/22/2000 | Transaction | Account Agreement | Murphy Pork, Inc | Sealed |
| MUDB00069 | 04/10/2000 | Transaction | Account Agreement | Murphy Pork Partners, LLC | Sealed |
| MUDB00089 | 04/10/2000 | Transaction | Full Trading Authorization | Murphy Pork Partners, LLC | Sealed |
| MUDB00159 | 04/10/2000 | Transaction | Account Agreement | WHM Ventures, LLC | Sealed |
| MUDB00246 | 12/26/2000 | Transaction | Asset Transfer Authorization | Murphy Pork Partners, LLC Murphy Pork, Inc | Sealed |
| MUDB00389 | 12/00/2000 | Transaction | Brokerage Statement | Murphy Pork Partners, LLC | Sealed |
| MUEY00082 | 04/00/2000 | Transaction | Brokerage Statement | WHMJ LLC | Sealed |
| MUEY00089 | 05/00/2000 | Transaction | Brokerage Statement | WHMJ, LLC | Sealed |
| MUEY00267 | 04/00/2000 | Transaction | Brokerage Statement | WHM Ventures, LLC | Sealed |
| MUEY00274 | 05/00/2000 | Transaction | Brokerage Statement | WHM Ventures, LLC | Sealed |
| MUEY00432 | 05/00/2000 | Transaction | Brokerage Statement | Murphy Pork Partners, LLC | Sealed |
| MUEY00474 | 09/00/2000 | Transaction | Brokerage Statement | Murphy Pork Partners, LLC | Sealed |
| MUEY00479 | 12/00/2000 | Transaction | Brokerage Statement | Murphy Pork Partners, LLC | Sealed |
| MUEY00935 | 06/22/2000 | Transaction | Certificate of Incorporation Verification Letter | Murphy Pork, Inc | |
| MUEY01279 | 04/00/2000 | Transaction | Brokerage Statement | HDM, LLC | Sealed |
| MUEY01347 | 04/26/2000 | Transaction | Wire Transfer Confirmation | HDM, LLC | Sealed |
| MUEY01348 | 05/17/2000 | Transaction | Wire Transfer Confirmation | HDM, LLC | Sealed |
| MUEY01349 | 05/00/2000 | Transaction | Brokerage Statement | HDM, LLC | Sealed |
| MUEY01450 | 08/31/2000 | Correspondence | Fax Confirmation | Murphy Pork, Inc | |
| MUEY01799 | 04/06/2000 | Transaction | Certificate of Formation | HDM, LLC | |
| MUEY02017 | 08/00/2000 | Transaction | Assignment of Interest | HDM, LLC | |
| MUEY02360 | 04/00/2000 | Transaction | Limited Liability Company Agreement | Murphy Pork Partners, LLC | |
| MUEY02413 | 08/00/2000 | Transaction | Assignment of Interest | WHM Ventures, LLC | |
| MUEY02439 | 05/12/2000 | Transaction | Invoice | WHM Ventures, LLC | Sealed |
| MUEY02445 | 04/00/2000 | Transaction | Limited Liability Company Agreement | WHM Ventures, LLC | |
| MUEY02457 | 04/00/2000 | Transaction | Limited Liability Company Agreement | WHMJ, LLC | |
| MUEY02468 | 08/00/2000 | Transaction | Assignment of Interest | WHMJ, LLC | |
| MUEY02495 | 04/06/2000 | Transaction | Certificate of Formation Verification Letter | WHMJ, LLC | |
| MUEY02497 | 04/27/2000 | Transaction | Invoice | Wendell Murphy Sr | Sealed |
| MUEY02498 | 04/27/2000 | Transaction | Invoice | Wendell Murphy, Jr | Sealed |
| MUEY02501 | 04/27/2000 | Transaction | Invoice | Harry Murphy | Sealed |

| Docid | Docdate | Category | Doctype | Entity | Sealed |
|---|---|---|---|---|---|
| MUEY02514 | 04/17/2000 | Transaction | Assignment Agreement | WHMJ, LLC<br>Murphy Pork Partners, LLC | Sealed |
| MUEY02516 | 04/17/2000 | Transaction | Assignment Agreement | HDM, LLC<br>Murphy Pork Partners, LLC | Sealed |
| MUEY03043 | 12/00/2000 | Transaction | Brokerage Statement | Murphy Pork, Inc | Sealed |
| MUEY03296 | 08/31/2000 | Tax | Form 2553 | Murphy Pork, Inc | |
| MUEY03298 | 10/09/2000 | Tax | IRS Notice of Acceptance | Murphy Pork, Inc | |
| MUEY03533 | 04/00/2000 | Transaction | Limited Liability Company Agreement | WHM Ventures, LLC | |
| MUEY03608 | 04/17/2002 | Transaction | Assignment Agreement | WHM Ventures, LLC<br>Murphy Pork Partners, LLC | Sealed |
| MUEY03795 | 04/00/2000 | Transaction | Limited Liability Company Agreement | HDM, LLC | |
| MUEY03801 | 04/17/2000 | Transaction | Assignment Agreement | HDM, LLC<br>Murphy Pork Partners, LLC | Sealed |
| MUEY03807 | 04/06/2000 | Transaction | Certificate of Formation | HDM, LLC | |
| MUEY04520 | 04/10/2000 | Transaction | Limited Liability Company Agreement | Murphy Pork Partners, LLC | |
| MUFOIA02297 | 05/12/2000 | Transaction | Invoice | WHMJ, LLC<br>Murphy Family Farms | Sealed |
| MUFOIA03106 | 05/12/2000 | Tax | Invoice | HDM, LLC | Sealed |
| MUMI00216 | 12/31/2000 | Tax | Form 1040X | Wendell and Wendy Murphy | Sealed |
| MUMI00313 | 00/00/2002 | Tax | Form 1040 | Harry and Lynn Murphy | Sealed |
| MUMI01290 | 12/31/2000 | Tax | Form 1040X | Wendell & Linda Murphy | Sealed |
| MUMI02039 | 12/31/2000 | Tax | Form 1065 | Murphy Pork Partners, LLC | Sealed |
| MUMI02059 | 12/31/2000 | Tax | Form 1120S | Murphy Pork, Inc | Sealed |
| MUMU16761 | 04/07/2000 | Transaction | Account Agreement | WHMJ, LLC | Sealed |
| MUMU16899 | 04/07/2000 | Transaction | Account Agreement | HDM, LLC | Sealed |
| MUPR00022 | 08/00/2000 | Transaction | Assignment of Membership Interest | Murphy Pork, Inc<br>Harry D Murphy | |
| MUPR00024 | 08/00/2000 | Transaction | Assignment of Membership Interest | Murphy Pork, Inc<br>Wendell H Murphy | |
| MUPR00026 | 08/00/2000 | Transaction | Assignment of Membership Interest | Murphy Pork, Inc<br>Wendell H Murphy, Jr | |
| MUPR00066 | 04/06/2000 | Transaction | Certificate of Formation | WHMJ, LLC | |
| MUPR00090 | 06/23/2000 | Transaction | Consent of Directors | Murphy Pork, Inc | |
| MUPR00198 | 04/17/2000 | Transaction | Action by Written Instrument | Murphy Pork, Inc | |
| MUPR00235 | 06/22/2000 | Transaction | By-Laws | Murphy Pork, Inc | |
| MUPR00250 | 04/06/2000 | Transaction | Certificate of Formation | WHM Ventures, LLC | |
| MUPR00494 | 04/00/2000 | Transaction | Limited Liability Company Agreement | WHMJ, LLC | |
| MUPR00516 | 04/04/2000 | Transaction | Certificate of Formation | Murphy Pork Partners, LLC | |

| Docid | Docdate | Category | Doctype | Entity | Sealed |
|---|---|---|---|---|---|
| MUPR00519 | 04/04/2000 | Transaction | Certificate of Formation Verification Letter | Murphy Pork Partners, LLC | |
| MUPR00520 | 04/04/2000 | Transaction | Certificate of Formation | Murphy Pork Partners, LLC | |
| MUPR00572 | 04/00/2000 | Transaction | Assignment Agreement | Murfam Farms, LLC<br>WHM Ventures, LLC | Sealed |
| MUPR00711 | 05/00/2000 | Transaction | Brokerage Statement | Murphy Pork Partners, LLC | Sealed |
| MUPR00720 | 06/00/2000 | Transaction | Brokerage Statement | Murphy Pork Partners, LLC | Sealed |
| MUPR00726 | 07/00/2000 | Transaction | Brokerage Statement | Murphy Pork Partners LLC | Sealed |
| MUPR00731 | 08/00/2000 | Transaction | Brokerage Statement | Murphy Pork Partners LLC | Sealed |
| MUPR00810 | 12/29/2000 | Opinion | Opinion | HDM, LLC<br>WHM Ventures, LLC<br>WHMJ, LLC | |
| MUPR01385 | 12/29/2000 | Opinion | Certificate of Facts | Murphy Pork Partners, LLC | |
| MUPR01403 | 04/06/2000 | Transaction | Certificate of Formation Verification Letter | HDM, LLC | |
| MUPR01405 | 04/06/2000 | Transaction | Certificate of Formation Verification Letter | WHMJ, LLC | |
| MUPR01409 | 04/06/2000 | Transaction | Certificate of Formation Verification Letter | WHM Ventures, LLC | |