# In the United States Court of Federal Claims

**06-245 T**

**Filed: September 27, 2006**

**MURPHY PORK PARTNERS, LLC,**
**By and Through Wendell H. Murphy, Jr.,**
**a Partner Other Than Tax Matters Partner**

**v.**

**THE UNITED STATES**

JPSR APPENDIX

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.