# In the United States Court of Federal Claims

No. 06-247 T

(Filed: October 5, 2006)

| | |
|---|---|
| **MURPHY PORK PARTNERS, LLC,** | * |
| **By and Through Wendell H. Murphy, Jr.,** | * |
| **a Partner Other Than Tax Matters Partner,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |

## ORDER

The Court DIRECTS the Clerk of the Court to consolidate this case with *Murfam Farms, LLC v. United States* (No. 06-245) and *PSM Farms, LLC v. United States* (No. 06-246). All future filings shall be made in *Murfam Farms, LLC v. United States* (No. 06-245).

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge